**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number: 37146052
Check Date: 05/13/2022

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay 906.66

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 05/07/2022 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 110.00 | 1307.56 | 12916.81 |
| Total Deductions | | 400.90 | 3807.08 |
| Total Net | | 906.66 | 9109.73 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 36.00 | 1.50 | 54.00 | 366.00 |
| FMLA I Medical Unpaid Hours | | | | |
| FMLA PTO Medical | | | | 215.14 |
| FMLA STD Medical | | | | 322.71 |
| Holiday Worked | | | | 67.77 |
| Meeting | | | | 16.94 |
| New Year Holiday | | | | 135.52 |
| Overtime Premium | | | | 21.88 |
| Paid Time Off | | | | 135.52 |
| Regular | 74.00 | 16.94 | 1253.56 | 10672.21 |
| Uniform Reimbursement | | | | 100.00 |
| Unpaid Hours/No Benefits | | | | |
| WC Covid Furlough | | | | 813.12 |
| Wellness Program Payment | | | | 50.00 |
| Total | 110.00 | | 1307.56 | 12916.81 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | 8.25 | 95.05 |
| Medicare - Employee | 16.59 | 164.51 |
| PA Unemploy Comp Tax Employee | 0.78 | 7.70 |
| Pennsylvania Income Tax | 35.12 | 348.30 |
| Social Security - Employee | 70.93 | 703.42 |
| York City | 14.30 | 141.81 |
| York City LST | 2.00 | 20.00 |
| Total | 147.97 | 1480.79 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(b) RSP - EE Percent | 65.38 | 638.34 |
| Delta Dental - Employee | 10.16 | 91.44 |
| Vision Plan Employee | 2.82 | 25.38 |
| WellSpan Plus Employee | 150.50 | 1354.50 |
| Total | 228.86 | 2109.66 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Child Life Insurance | 0.80 | 7.20 |
| Metlaw | 8.25 | 74.25 |
| Spouse Life Insurance | 3.98 | 35.82 |
| Supplemental Life Insurance | 11.04 | 99.36 |
| Total | 24.07 | 216.63 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Medicare - Company | 16.59 | 164.51 |
| Social Security - Company | 70.93 | 703.42 |
| Total | 87.52 | 867.93 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| 403(B) RSP - ER Match Percent | 26.15 | 255.33 |
| 403(b) ER Percent-Non Elective | 52.30 | 510.66 |
| Total | 78.45 | 765.99 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| 121000248 | 325878959797155552 | DailyPay | 906.66 |

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number    37167102
Check Date    05/27/2022

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay 889.01

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 05/21/2022 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 94.00 | 1283.56 | 14200.37 |
| Total Deductions | | 394.55 | 4201.63 |
| Total Net | | 889.01 | 9998.74 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 20.00 | 1.50 | 30.00 | 396.00 |
| FMLA I Medical Unpaid Hours | | | | |
| FMLA PTO Medical | | | | 215.14 |
| FMLA STD Medical | | | | 322.71 |
| Holiday Worked | | | | 67.77 |
| Meeting | | | | 16.94 |
| New Year Holiday | | | | 135.52 |
| Overtime Premium | | | | 21.88 |
| Paid Time Off | 0.50 | 16.94 | 8.47 | 143.99 |
| Regular | 73.50 | 16.94 | 1245.09 | 11917.30 |
| Uniform Reimbursement | | | | 100.00 |
| Unpaid Hours/No Benefits | | | | |
| WC Covid Furlough | | | | 813.12 |
| Wellness Program Payment | | | | 50.00 |
| Total | 94.00 | | 1283.56 | 14200.37 |

## Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Federal Income Tax | 5.97 | 101.02 |
| Medicare - Employee | 16.24 | 180.75 |
| PA Unemploy Comp Tax Employee | 0.77 | 8.47 |
| Pennsylvania Income Tax | 34.39 | 382.69 |
| Social Security - Employee | 69.45 | 772.87 |
| York City | 14.00 | 155.81 |
| York City LST | 2.00 | 22.00 |
| Total | 142.82 | 1623.61 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(b) RSP - EE Percent | 64.18 | 702.52 |
| Delta Dental - Employee | 10.16 | 101.60 |
| Vision Plan Employee | 2.82 | 28.20 |
| WellSpan Plus Employee | 150.50 | 1505.00 |
| Total | 227.66 | 2337.32 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Child Life Insurance | 0.80 | 8.00 |
| Metlaw | 8.25 | 82.50 |
| Spouse Life Insurance | 3.98 | 39.80 |
| Supplemental Life Insurance | 11.04 | 110.40 |
| Total | 24.07 | 240.70 |

Company Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Medicare - Company | 16.24 | 180.75 |
| Social Security - Company | 69.45 | 772.87 |
| Total | 85.69 | 953.62 |

Company Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(B) RSP - ER Match Percent | 25.67 | 281.00 |
| 403(b) ER Percent-Non Elective | 51.34 | 562.00 |
| Total | 77.01 | 843.00 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| 121000248 | 32587895979715552 | DailyPay | 889.01 |

WELLSPAN HEALTH
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number        37187296
Check Date    06/10/2022

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay 897.84

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 06/04/2022 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 102.00 | 1295.56 | 15495.93 |
| Total Deductions | | 397.72 | 4599.35 |
| Total Net | | 897.84 | 10896.58 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 28.00 | 1.50 | 42.00 | 438.00 |
| FMLA Medical Unpaid Hours | | | | |
| FMLA PTO Medical | | | | 215.14 |
| FMLA STD Medical | | | | 322.71 |
| Holiday Worked | | | | 67.77 |
| Meeting | | | | 16.94 |
| Memorial Day Holiday | 8.00 | 16.94 | 135.52 | 135.52 |
| New Year Holiday | | | | 135.52 |
| Overtime Premium | | | | 21.88 |
| Paid Time Off | | | | 143.99 |
| Regular | 66.00 | 16.94 | 1118.04 | 13035.34 |
| Uniform Reimbursement | | | | 100.00 |
| Unpaid Hours/No Benefits | | | | |
| WC Covid Furlough | | | | 813.12 |
| Wellness Program Payment | | | | 50.00 |
| Total | 102.00 | | 1295.56 | 15495.93 |

## Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Federal Income Tax | 7.11 | 108.13 |
| Medicare - Employee | 16.42 | 197.17 |
| PA Unemploy Comp Tax Employee | 0.78 | 9.25 |
| Pennsylvania Income Tax | 34.75 | 417.44 |
| Social Security - Employee | 70.18 | 843.05 |
| York City | 14.15 | 169.96 |
| York City LST | 2.00 | 24.00 |
| Total | 145.39 | 1769.00 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(b) RSP - EE Percent | 64.78 | 767.30 |
| Delta Dental - Employee | 10.16 | 111.76 |
| Vision Plan Employee | 2.82 | 31.02 |
| WellSpan Plus Employee | 150.50 | 1655.50 |
| Total | 228.26 | 2565.58 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Child Life Insurance | 0.80 | 8.80 |
| Metlaw | 8.25 | 90.75 |
| Spouse Life Insurance | 3.98 | 43.78 |
| Supplemental Life Insurance | 11.04 | 121.44 |
| Total | 24.07 | 264.77 |

## Company Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Medicare - Company | 16.42 | 197.17 |
| Social Security - Company | 70.18 | 843.05 |
| Total | 86.60 | 1040.22 |

## Company Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(B) RSP - ER Match Percent | 25.91 | 306.91 |
| 403(b) ER Percent-Non Elective | 51.82 | 613.82 |
| Total | 77.73 | 920.73 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| 121000248 | 325878959797155552 | DailyPay | 897.84 |

**WELLSPAN HEALTH**
1001 South George Street
PO Box 15198
York, PA 174057198 United States of America

Number 37207459
Check Date 06/24/2022

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Melissa M. Caldwell
596 Green Valley Road
York, PA 17403
US

Net Pay 891.61

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melissa M. Caldwell | 2571 | 324872 | 200 | 9250 | 06/18/2022 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 101.50 | 1287.09 | 16783.02 |
| Total Deductions | | 395.48 | 4994.83 |
| Total Net | | 891.61 | 11788.19 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Charge Pay | 28.00 | 1.50 | 42.00 | 480.00 |
| FMLA I Medical Unpaid Hours | | | | |
| FMLA PTO Medical | | | | 215.14 |
| FMLA STD Medical | | | | 322.71 |
| Holiday Worked | | | | 67.77 |
| Meeting | | | | 16.94 |
| Memorial Day Holiday | | | | 135.52 |
| New Year Holiday | | | | 135.52 |
| Overtime Premium | | | | 21.88 |
| Paid Time Off | | | | 143.99 |
| Regular | 73.50 | 16.94 | 1245.09 | 14280.43 |
| Uniform Reimbursement | | | | 100.00 |
| Unpaid Hours/No Benefits | | | | |
| WC Covid Furlough | | | | 813.12 |
| Wellness Program Payment | | | | 50.00 |
| Total | 101.50 | | 1287.09 | 16783.02 |

Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Federal Income Tax | 6.31 | 114.44 |
| Medicare - Employee | 16.29 | 213.46 |
| PA Unemploy Comp Tax Employee | 0.77 | 10.02 |
| Pennsylvania Income Tax | 34.49 | 451.93 |
| Social Security - Employee | 69.67 | 912.72 |
| York City | 14.05 | 184.01 |
| York City LST | 2.00 | 26.00 |
| Total | 143.58 | 1912.58 |

Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(b) RSP - EE Percent | 64.35 | 831.65 |
| Delta Dental - Employee | 10.16 | 121.92 |
| Vision Plan Employee | 2.82 | 33.84 |
| WellSpan Plus Employee | 150.50 | 1806.00 |
| Total | 227.83 | 2793.41 |

Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Child Life Insurance | 0.80 | 9.60 |
| Metlaw | 8.25 | 99.00 |
| Spouse Life Insurance | 3.98 | 47.76 |
| Supplemental Life Insurance | 11.04 | 132.48 |
| Total | 24.07 | 288.84 |

Company Taxes

| Description | Current | Year to Date |
|---|---:|---:|
| Medicare - Company | 16.29 | 213.46 |
| Social Security - Company | 69.67 | 912.72 |
| Total | 85.96 | 1126.18 |

Company Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| 403(B) RSP - ER Match Percent | 25.74 | 332.65 |
| 403(b) ER Percent-Non Elective | 51.48 | 665.30 |
| Total | 77.22 | 997.95 |

Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| 121000248 | 325878959797155652 | DailyPay | 891.61 |