United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-01455-HWV

Melissa Marie Caldwell     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 23, 2022     Form ID: asextnd     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Marie Caldwell, 596 Green Valley Road, York, PA 17403-9518 |
| 5488663 | + | CHRISTOPHER D. CALDWELL, 596 GREEN VALLEY ROAD, YORK, PA 17403-9518 |
| 5488656 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5488665 | + | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5488666 | + | KML LAW GROUP, P.C., 701 MARKET STREET, STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5488667 | + | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5488668 | + | MICHAEL F. RATCHFORD, ESQ., 54 GLENMAURA NATIONAL BLVD, SUITE 104, MOOSIC, PA 18507-2161 |
| 5488658 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5488672 | + | PENN WASTE, INC., P.O. BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402-0066 |
| 5488671 | + | PENN WASTE, INC., P.O. BOX 3066, YORK, PA 17402-0066 |
| 5488660 | + | WEST HANOVER TOWNSHIP TAX COLLECTOR, 7171 ALLENTON BOULEVARD, HARRISBURG, PA 17112-3602 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Aug 23 2022 18:37:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5488661 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2022 18:37:19 | CAPITAL ONE, 4851 COX ROAD, GLEN ALLEN, VA 23060-6293 |
| 5488662 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2022 18:37:19 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5488664 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2022 18:37:31 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5488659 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2022 18:37:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5489862 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 18:37:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488669 | | Email/Text: ml-ebn@missionlane.com | Aug 23 2022 18:37:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 5488670 | + | Email/Text: blegal@phfa.org | Aug 23 2022 18:37:00 | PA HOUSING FINANCE AGE, 2101 N. FRONT STREET, HARRISBURG, PA 17110-1086 |
| 5488657 | + | Email/Text: karen.brown@treasury.gov | Aug 23 2022 18:37:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5488673 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | SELECT PORTFOLIO, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5488674 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | SELECT PORTFOLIO SERVICING, 10401 DEERWOOD PAR, JACKSONVILLE, FL |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 32256-5007 |
| 5488676 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5488675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 23 2022 18:37:00 | SELECT PORTFOLIO SERVICING, PO BOX 65450, SALT LAKE CITY, UT 84165-0450 |
| 5488677 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 23 2022 18:37:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/ATTN: BANKRUPTCY, P.O. BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5488655 | *+ | MELISSA MARIE CALDWELL, 596 GREEN VALLEY ROAD, YORK, PA 17403-9518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bnicholas@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Melissa Marie Caldwell hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|:---:|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Melissa Marie Caldwell,          Chapter    13

**Debtor 1**

Case No.    1:22−bk−01455−HWV

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on August 8, 2022.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 9/7/22**<br>**Time: 09:30 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **September 5, 2022**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 23, 2022 |

asextnd **(Notice of Hearing to Extend/Impose Stay) (05/18)**