In re:  Case No. 22-01455-HWV

Melissa Marie Caldwell  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Sep 14, 2022    Form ID: pdf010    Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Marie Caldwell, 596 Green Valley Road, York, PA 17403-9518 |
| 5488663 | + | CHRISTOPHER D. CALDWELL, 596 GREEN VALLEY ROAD, YORK, PA 17403-9518 |
| 5488656 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5488665 | + | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5488666 | + | KML LAW GROUP, P.C., 701 MARKET STREET, STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5488667 | + | MET-ED, P.O. BOX 3687, AKRON, OH 44309-3687 |
| 5488668 | + | MICHAEL F. RATCHFORD, ESQ., 54 GLENMAURA NATIONAL BLVD, SUITE 104, MOOSIC, PA 18507-2161 |
| 5488658 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5488672 | + | PENN WASTE, INC., P.O. BOX 3066, 85 BRICKYARD ROAD, YORK, PA 17402-0066 |
| 5488671 | + | PENN WASTE, INC., P.O. BOX 3066, YORK, PA 17402-0066 |
| 5488660 | + | WEST HANOVER TOWNSHIP TAX COLLECTOR, 7171 ALLENTON BOULEVARD, HARRISBURG, PA 17112-3602 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Sep 14 2022 18:40:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5488661 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 18:40:04 | CAPITAL ONE, 4851 COX ROAD, GLEN ALLEN, VA 23060-6293 |
| 5488662 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 18:40:04 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5488664 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 18:39:59 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5488659 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 14 2022 18:40:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5488666 | ^ | MEBN | Sep 14 2022 18:36:20 | KML LAW GROUP, P.C., 701 MARKET STREET, STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5488665 | ^ | MEBN | Sep 14 2022 18:36:20 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5489862 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 18:39:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488669 | | Email/Text: ml-ebn@missionlane.com | Sep 14 2022 18:40:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 5488670 | + | Email/Text: blegal@phfa.org | Sep 14 2022 18:40:00 | PA HOUSING FINANCE AGE, 2101 N. FRONT STREET, HARRISBURG, PA 17110-1086 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5491866 | + | Email/Text: blegal@phfa.org | Sep 14 2022 18:40:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5488657 | + | Email/Text: karen.brown@treasury.gov | Sep 14 2022 18:40:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5488673 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 14 2022 18:40:00 | SELECT PORTFOLIO, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5488674 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 14 2022 18:40:00 | SELECT PORTFOLIO SERVICING, 10401 DEERWOOD PAR, JACKSONVILLE, FL 32256-5007 |
| 5488676 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 14 2022 18:40:00 | SELECT PORTFOLIO SERVICING, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5488675 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 14 2022 18:40:00 | SELECT PORTFOLIO SERVICING, PO BOX 65450, SALT LAKE CITY, UT 84165-0450 |
| 5488677 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 14 2022 18:40:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/ATTN: BANKRUPTCY, P.O. BOX 16408, SAINT PAUL, MN 55116-0408 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5488655 | *+ | MELISSA MARIE CALDWELL, 596 GREEN VALLEY ROAD, YORK, PA 17403-9518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee, in trust on behalf of J.P. Morgan Mortgage Acquisition Trust 2006-CW2 bnicholas@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Melissa Marie Caldwell hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,ephillips@cgalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) |

| | |
|---|---|
| | lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Melissa M. Caldwell

Case No. 1:22-bk-01455
Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO § 362(c)(3)(b) OF THE BANKRUPTCY CODE

UPON CONSIDERATION OF a review of the Motion filed by the Debtor seeking to extend the Automatic Stay as to all creditors pursuant to § 362(c)(3)(b) of the Bankruptcy Code.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 13, 2022

{02156877/1}