UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MELISSA MARIE CALDWELL

                                   Debtor(s)

JACK N. ZAHAROPOULOS                           CHAPTER 13
CHAPTER 13 TRUSTEE
                   Movant

vs.

MELISSA MARIE CALDWELL                         CASE NO: 1-22-01455-HWV
etal.
                   Respondent(s)

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

>   January 11, 2023 at 09:35 AM
>   Bankruptcy Courtroom
>   Ronald Reagan Federal Bldg
>   3rd Floor, 228 Walnut Street
>   Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2,130.00**
   **AMOUNT DUE FOR THIS MONTH: $710.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2,840.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

   **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
   CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   December 15, 2022

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID:  80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MELISSA MARIE CALDWELL

        Debtor(s)

JACK N. ZAHAROPOULOS         CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.

MELISSA MARIE CALDWELL         CASE NO: 1-22-01455-HWV
etal.

        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 15, 2022, I served a copy of this Amended Notice on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK PA 17401-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

MELISSA MARIE CALDWELL
596 GREEN VALLEY ROAD
YORK PA 17403

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 15, 2022         /s/ Matt Arcuri
        Office of the Standing Chapter 13 Trustee
        Jack N. Zaharopoulos
        8125 Adams Dr, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        email: info@pamd13trustee.com