UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYVANIA

IN RE:
MELISSA M. CALDWELL : CHAPTER 13
    Debtor(s) :
     :
  vs. :
     :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Respondent : CASE NO: 1:22-bk-01455-HWV

## ORDER

AND NOW, upon consideration of Debtor's Motion to Incur Debt Pursuant to 11 U.S.C. §364 and the Objection filed by the Chapter 13 Trustee,

IT IS HEREBY ORDERED that the Debtor's Motion to Incur Debt Pursuant to 11 U.S.C. §364 is DENIED.